No. 90–6650. IN RE PROFFITT;

No. 90–6681. IN RE MILLER;

No. 90–6688.  IN RE SASSOWER; and

No. 90–6770.  IN RE HAYGOOD.  Petitions for writs of habeas corpus denied.